FILED
2006 Nov-09 PM 01:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| **WILLIAM MICHAEL ROWE,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   Civil Action No.  CV 05-S-2532-M |
| | ) |
| **DR. ROGER BUCK, ETOWAH** | ) |
| **COUNTY DETENTION CENTER,** | ) |
| **and ETOWAH COUNTY and** | ) |
| **ETOWAH COUNTY SHERIFF'S** | ) |
| **DEPARTMENT,** | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The magistrate judge filed a report and recommendation in this action on September 13, 2006, recommending that plaintiff's claims against defendants Etowah County Detention Center and Etowah County Sheriff's Department be dismissed. It was further recommended that plaintiff's claims that against defendant Dr. Roger Buck be referred to the magistrate judge for further proceedings. The plaintiff filed objections to the report and recommendation on September 29, 2006.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be, and it hereby is ADOPTED, and the

recommendation is ACCEPTED. It is therefore ORDERED, ADJUDGED, and DECREED that all of plaintiff's claims in this action, except plaintiff's claim that he was denied adequate care when Dr. Buck refused to administer plaintiff's "anti-psychotic/anti-depression" medication, are DISMISSED pursuant to 28 U.S.C. § 1915A(b). It is further ORDERED that plaintiff's claim against Dr. Buck is REFERRED to the magistrate judge for further proceedings.

    DONE this 9th day of November, 2006.

                                            /s/ Lynwood Smith
                                            United States District Judge